IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL STARNER, | CIVIL NO. 1:11-2249 |
| Plaintiff | |
| v. | (Judge Rambo) |
| | (Magistrate Judge Carlson) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

# **O R D E R**

Before the court is an October 1, 2013, report and recommendation of the magistrate judge to whom this matter was referred in which he recommends that the decision of the Commissioner of Social Security, which denied social security benefits to Plaintiff Paul Starner, be upheld. Objections to the report and recommendation were due no later than October 18, 2013 and to date, no objections have been filed.

This court has thoroughly reviewed the report and recommendation, the facts cited and the applicable law and finds that the recommendation of the magistrate judge is supported by the record. **IT IS THEREFORE ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson.

2) The decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

3) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: October 25, 2013.